IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEITH BENNETT-JOHNSON,**

Petitioner,

v.

**UNITED STATES OF AMERICA,**

Respondent.                                              No. 11-288-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is petitioner Keith Bennett Johnson's motion which the Court has construed as a motion for default judgment (Doc. 25). Petitioner moves the Court to apply 28 U.S.C. § 2243 and Federal Rule of Civil Procedure 56 to this matter. He further contends that the "[g]overnment is no longer allowed to respond, therefore [R]ule 56 'Default Judgment' can be applied as [p]etitioner has evidence [the] [g]overnment's failures to respond and overcome issues in his 28 [U.S.C.] § 2255 motion."

Clearly, petitioner's motion is without merit. This Court has already denied petitioner's previous motions for summary judgment (Doc. 12). for entry of default (Doc. 14), and to compel equitable relief (Doc. 22), noting that petitioner's motion for summary judgment and motion to compel equitable affirmative relief were clearly without merit and were frivolous motions that do nothing more than waste this Court's time. Nothing has changed this time around. Petitioner has intertwined the

rules for summary judgment and default judgment, but no matter which rule petitioner seeks relief under, the motion is denied.  Contrary to petitioner's argument, the government has responded to the petitioner's § 2255 motion and his motion is currently pending before this Court.  The Court will rule on petitioner's motion in due course, and as this Court previously mentioned, motions such as this one do nothing but delay that from happening.  Accordingly, petitioner's motion (Doc. 25) is denied.

    **IT IS SO ORDERED.**

    **Signed this 12th day of June, 2012.**

Digitally signed by David R. Herndon
Date: 2012.06.12 13:27:21 -05'00'

**Chief Judge**
**United States District Court**