IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH BENNETT JOHNSON,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.　　　　　　　　　　　　No. 11-cv-288-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 20, 2013, the Clerk having discovered that she failed to enter judgment timely and does so now, Petitioner's Motion is **DENIED** and this case is **DISMISSED** with prejudice.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT

                        BY:  s/*Sara Jennings*
                            **Deputy Clerk**

Dated:　May 29, 2013

                David R. Herndon
                2013.05.29
                12:00:02 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT